# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0052
_____

JOHN MERRITT,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.

July 8, 2026

PER CURIAM.

    AFFIRMED.

KELSEY, NORDBY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John Merritt, pro se, Appellant.

James Uthmeier, Attorney General, and Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.